UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2021

Luis Guaman, et al.,

        Plaintiffs,

    –v–

Sana Deli Corp., *et al.*,

        Defendants.

21-cv-6773 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the parties' request, the Court has referred this case to the Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c). *See* Dkt. No. 15. Accordingly, all pending deadlines and conferences before the Court are adjourned.

    If the parties in fact consent to the Magistrate Judge's jurisdiction, they must complete the required form to indicate their consent and submit the form to Orders & Judgments. The parties are directed that the form is available at: https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

    SO ORDERED.

Dated: November 2, 2021
       New York, New York

                                            _____
                                              ALISON J. NATHAN
                                          United States District Judge