UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

LUIS GUAMAN, MARGARITO FLORES
CECILIO, and OSCAR URAGA
MARQUEZ, *individually and on behalf of*     Case.: 21-cv-06773-JLC
*others similarly situated,*

                                        *Plaintiffs*,     **PLAINTIFFS NOTICE OF
                                                 ACCEPTANCE OF OFFER OF
          -against-                          JUDGMENT**

SANA DELI CORP. (D/B/A GARDENIA
DELI) and HASSAN ALBORATI,

                                         *Defendants.*

------------------------------------------------------X

TO:    **Matthew Charles Heerde**
       Heerde Law
       48 Wall Street
       26th Floor
       New York, NY 10038
       347-460-3588
       Email: mheerde@heerdelaw.com
       *Attorneys for Defendants*

     PLEASE TAKE NOTICE that Plaintiffs, LUIS GUAMAN, MARGARITO FLORES
CECILIO, and OSCAR URAGA MARQUEZ, hereby accept the offer of judgment made by
SANA DELI CORP. (D/B/A GARDENIA DELI) and HASSAN ALBORATI, pursuant to Rule
68 of the Federal Rules of Civil Procedure, dated September 21, 2022. A true copy of the offer
of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       September 22, 2022                  Respectfully submitted,

                                                    _____
                                                    Bryan D. Robinson, Esq.
                                                    CSM Legal, P.C.
                                                    60 East 42nd Street.
                                                     Suite 4510
                                                     New York, NY 10165
                                                     Email: bryan@csm-legal.com
                                                     *Attorneys for Plaintiff*