**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
LUIS GUAMAN, MARGARITO FLORES CECILIO, and OSCAR URAGA MARQUEZ, *individually and on behalf of others similarly situated*,

                     *Plaintiffs*,

-against-

SANA DELI CORP. (D/B/A GARDENIA DELI) and HASSAN ALBORATI,

                     *Defendants.*
-------------------------------------------------------X

Case.: 21-cv-06773-JLC

**JUDGMENT**

On _____ Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiffs, LUIS GUAMAN, MARGARITO FLORES CECILIO, and OSCAR URAGA MARQUEZ, have judgment against Defendants SANA DELI CORP. (D/B/A GARDENIA DELI) and HASSAN ALBORATI (collectively "Defendants"), jointly and severally, in the amount of $175,000.00 (One-hundred and Seventy-five Thousand Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 20\_\_

                                      SO ORDERED,

                                      _____
                                      Hon. James L. Cott
                                      United States Magistrate Judge