```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/22/2022___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
LUIS GUAMAN, MARGARITO FLORES
CECILIO, and OSCAR URAGA
MARQUEZ, *individually and on behalf of others similarly situated,*

                *Plaintiffs,*

   -against-

SANA DELI CORP. (D/B/A GARDENIA
DELI) and HASSAN ALBORATI,

                *Defendants.*
------------------------------------------------------X

Case.: 21-cv-06773 (JLC)

**JUDGMENT**

On September 22, 2022, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiffs, LUIS GUAMAN, MARGARITO FLORES CECILIO, and OSCAR URAGA MARQUEZ, have judgment against Defendants SANA DELI CORP. (D/B/A GARDENIA DELI) and HASSAN ALBORATI (collectively "Defendants"), jointly and severally, in the amount of $175,000.00 (One-hundred and Seventy-five Thousand Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.

    SO ORDERED.

Dated: September 22, 2022
       New York, New York

                                            _____
                                            JAMES L. COTT
                                            United States Magistrate Judge